UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA C. SAMUELIAN,<br><br>Plaintiff,<br><br>v.<br><br>CA FRANCHISE TAX BOARD, et al.,<br><br>Defendants. | No. 2:19-cv-01333 KJM AC<br><br><br><br>ORDER TO SHOW CAUSE |

Plaintiff, appearing in pro se, filed a complaint and paid the filing fee on July 17, 2019. ECF No. 1. On July 18, 2019, a scheduling order was issued, ordering plaintiff to serve a copy of the scheduling order and complete service of process within 90 days of filing the complaint. ECF No. 4 at 1. Plaintiff was cautioned that failure to complete service within 90 days may result in dismissal pursuant to Fed. R. Civ. P. 40(m). Id. The deadline has passed, and no certificate of service has been filed.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than November 4, 2019, why this action should not be dismissed for failure to prosecute;

////

1

2. Plaintiff's filing of a proof of service upon defendant will be deemed good cause shown; and

3. If plaintiff fails to comply with this order, the undersigned will recommend that this case be dismissed.

DATED: October 21, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE