UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA C. SAMUELIAN,<br><br>Plaintiff,<br><br>v.<br><br>CA FRANCHISE TAX BOARD, et al.,<br><br>Defendants. | No. 2:19-cv-01333 KJM AC (PS)<br><br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On November 7, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 13. Plaintiff has not filed objections to the findings and recommendations. Plaintiff has made several irrelevant filings, which are neither an amended complaint nor objections to the findings and recommendations. ECF Nos. 14, 15, 16, 17.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 7, 2019, are adopted in full; and

2. This action is dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. *See* Fed. R. Civ. P. 41(b); Local Rule 110.

DATED: January 8, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE